UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA    DOCKET NO. 1:08-CR-00206/01

VERSUS                      JUDGE DEE D. DRELL

DANIEL OWENS                MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the defendant, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the defendant's motion to represent himself be GRANTED and that Ms. Smart be relieved of her duties as court appointed counsel for defendant with the proviso that she continue as standby counsel.

IT IS FURTHER ORDERED that the period of delay resulting from this motion is excluded from the time period prescribed by 18 U.S.C. § 3161 for commencement of trial.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 9th day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE